```
1   Jeff D. Friedman (173886)
    HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
    Berkeley, CA 94710
3   Telephone: (510) 725-3000
    Facsimile: (510) 725-3001
4   jefff@hbsslaw.com

5   [Additional counsel listed on signature page]

6   Attorneys for Plaintiff and the Proposed Class
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARROLL CUT-RATE FURNITURE, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHUNGHWA PICTURE TUBES, LTD., CHUNGHWA PICTURE TUBES (MALAYSIA) SDN. BHD., HITACHI, LTD., HITACHI AMERICA, LTD., HITACHI ASIA, LTD., IRICO GROUP CORP., IRICO DISPLAY DEVICES CO., LTD., LG ELECTRONICS, INC., MATSUSHITA ELECTRIC INDUSTRIAL CO, LTD., PANASONIC CORPORATION OF NORTH AMERICA, ORION ELECTRIC CO., LTD., ORION AMERICA, INC., KONINKLIJKE PHILIPS ELECTRONICS N.V., PHILIPS ELECTRONICS NORTH AMERICA, SAMSUNG SDI CO., LTD., SAMSUNG SDI AMERICA, INC., SAMTEL COLOR, LTD., THAI CRT COMPANY, LTD., TOSHIBA CORPORATION, BEIJING-MATSUSHITA COLOR CRT COMPANY, LTD., LP DISPLAYS INTERNATIONAL, LTD. and MATSUSHITA TOSHIBA PICTURE DISPLAY CO., LTD., <br><br> Defendants. | No. <br><br> ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |

010013-11 218290 V1

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

Pursuant to Local Rule 3-12, Plaintiff Carrol Cut-Rate Furniture respectfully submits this administrative motion to consider whether a case filed in this District, *Carroll Cut-Rate Furniture v. Chunghwa Picture Tubes, Ltd., et al.*, filed on January 16, 2008 ("*Carroll*"), Case No. _____ should be related to another case filed in this District, *Crago, Inc. v. Chunghwa Picture Tubes, Ltd., el al.* ("*Crago*"), Case No. C-07-5944 ("SC") (filed November 26, 2007).[1]

Pursuant to Local Rule 3-12(d)(2), Plaintiff states that *Carroll* involves the same Defendants as in *Crago*. In addition, these cases involve similar factual allegations. Specifically, both of the cases are proposed class actions on behalf of purchasers of televisions, computer monitors, and other electronic devices containing cathode ray tubes ("CRTs"). Both of these cases allege a conspiracy to raise, maintain and stabilize the prices CRTs and CRT Products sold in the United States. They both allege a violation of Section 1 of the Sherman Antitrust Act.

Pursuant to Local Rule 3-12(a)(2), it appears likely that there will be an unduly burdensome duplication of labor and expense or the possibility of conflicting results if the cases are conducted before different Judges.

Dated: January 16, 2008

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _____
JEFF D. FRIEDMAN (173886)

715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com

---

[1] On January 4, 2008, the Court found the following cases were also related to *Crago*: *Muchnick v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 07-5981 SC; *Juetten et al. v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 07-6225 JL; *Hawel v. Chunghwa Picture Tubes, Ltd., et al.*, Case No. 07-6279; *Caldwell v. Matsushita Electric Industrial Co., Ltd., et al.*, Case No. 07-6303; and *Figone v. LG Electronics, Inc., et al.*, Case No. 07-6331 MMC.

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOUJLD BE RELATED
010013-11 218290 V1

- 1 -

Anthony D. Shapiro
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
tony@hbsslaw.com

Steven A. Kanner
William London
Douglas A. Millen
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
skanner@fklmlaw.com
blondon@fklmlaw.com
dmillen@fklmlaw.com

Attorneys for Plaintiff and the Class

ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOUJLD BE RELATED
010013-11 218290 V1

- 2 -