**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) )<br>Antitrust Litigation ) | Case No. 07-5944 SC |
| ) | ORDER CORRECTING |
| _____ ) | CLERICAL ERROR |
| ) | |
| CRAGO, Inc., ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
|   v. ) | |
| ) | |
| CHUNGHWA PICTURE TUBES, LTD., <u>et</u> )<br><u>al.</u>, ) | |
| ) | |
|      Defendants. ) | |
| _____ ) | |

    The Court notes that several previous Orders issued in this
case contain the incorrect MDL number of 1971.  The correct MDL
number is 1917.  Pursuant to Federal Rule of Civil Procedure
60(a), all previous Orders containing the incorrect MDL number are
hereby amended.



    IT IS SO ORDERED.


    Dated: March 17, 2008

                                        _____
                                        UNITED STATES DISTRICT JUDGE