Hon. Charles A. Legge (Ret.)
JAMS
Two Embarcadero Center, Suite 1500
San Francisco, CA 94111
Telephone (415) 774-2644
Facsimile (415) 982-5287



FILED

JUN 1 6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation<br><br>CRAGO, Inc.,<br><br>        Plaintiff,<br><br>v.<br><br>CHUNGWA PICTURE TUBES, LTD., et al.,<br><br>        Defendants. | No. 07-5944 SC<br><br>MDL No. 1917<br><br>**DECLARATION OF CHARLES A. LEGGE REGARDING PROPOSED APPOINTMENT AS MASTER**<br><br>**JAMS Reference No. 1100054618** |

I, CHARLES A. LEGGE, declare under penalty of perjury:

    1.    I am a retired judge of the U.S. District Court for Northern District of California. I am a member in good standing of the State Bar of California and am admitted to practice before this Court. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as follows:

    2.    I have been proposed as a Master in the above-captioned matter.

    3.    I am competent and willing to serve in the capacity of Master.

    4.    I have familiarized myself with the issues in the above-captioned case; and with the identities of the appointed interim lead counsel for the classes, the identities of the named defendants, and the identities of the designated counsel for the named defendants.

    5.    I attest and affirm that I know of no grounds for disqualification under 28 U.S.C. section 455 that would prevent me from serving as a Master in the above-captioned matter.

1    I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct. Executed on May 16, 2008 at San Francisco, CA.

                                                                          */s/ Charles A. Legge*
                                                        HON. CHARLES A. LEGGE

DECLARATION OF HON. CHARLES A. LEGGE RE:
APPOINTMENT AS MASTER
                                                        CV 06-2628 BEN(NLS)

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Crago, Inc. vs. Chunghwa Picture Tubes, Ltd., et al.
Reference No. 1100054618

I, Melissa Ornstil, not a party to the within action, hereby declare that on May 19, 2008 I served the attached Declaration of Charles A. Legge Regarding Proposed Appointment as Master on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, via U.S. Mail, at San Francisco, CALIFORNIA, addressed as follows:

| | |
|---|---|
| Samuel Ray Miller Esq. | Guido Saveri Esq. |
| Sidley Austin LLP | Saveri & Saveri |
| 555 California Street | 111 Pine St. |
| 20th Floor | Suite 1700 |
| San Francisco, CA 94104-1715 | San Francisco, CA 94111 |
| Tel: 415-772-7447 | Tel: 415-217-6810 |
| Email: srmiller@sidley.com | Email: guido@saveri.com |
| | Fax: 415-217-6813 |
| | |
| Mario N. Alioto Esq. | Joel Sanders Esq. |
| Trump, Alioto, Trump & Prescott | Gibson, Dunn & Crutcher |
| 2280 Union St. | One Montgomery |
| San Francisco, CA 94123- | Suite 3100 |
| Tel: 415-563-7200 | San Francisco, CA 94104 |
| Email: malioto@tatp.com | Tel: 415-393-8200 |
| | Email: jsanders@gibsondunn.com |
| | Fax: 415-986-5309 |

Kent Roger Esq.

Morgan, Lewis & Bockius LLP

One Market Plaza, 28th Floor

Spear St. Tower

San Francisco, CA 94105

Tel: 415-442-1000

Email: kroger@morganlewis.com

Michael R. Lazerwitz Esq.

Cleary, Gottlieb, Steen & Hamilton

2000 Pennsylvania Ave. N.W.

Suite 9000

Washington, DC 20006  USA

Tel: (202) 974-1510

Email: mlazerwitz@cgsh.com

Fax: (202) 974-1999


Steven A. Reiss Esq.

Weil, Gotshal & Manges, LLP

767 Fifth Ave.

New York, NY 10153  USA

Tel: 212-310-8174

Email: steven.reiss@weil.com

Jeffrey L. Kessler Esq.

Dewey & LeBoeuf LLP

1301 Avenue of the Americas

New York, NY 10019-6092

Tel: 212-259-8050

Email: jkessler@dbllp.com

Fax: 212-259-6333


Joe Czerniawski Esq.

Edwards Angell Palmer & Dodge LLP

750 Lexington Ave.

New York, NY 10022-

Tel: 212-308-4411

Email: jczerniawski@eapdlaw.com

David W. Evans Esq.

Haight Brown & Bonesteel

71 Stevenson Street

20th Floor

San Francisco, CA 94105-2981

Tel: 415-281-7624

Email: devans@hbblaw.com

Fax: 415-546-7505

Joe Ostoyich Esq.

Howrey LLP

1299 Pennsylvania Avenue NW

Washington, DC 20004-2402  USA

Tel: 202-783-0800

Email: ostoyichj@howrey.com

Patrick J. Ahern Esq.

Baker & McKenzie LLP

One Prudential Plaza

130 E. Randolph Dr.

Chicago, IL 60601  USA

Tel: 312-861-8000

Email: Patrick.J.Ahern@BakerNet.com

Curt Holbreich Esq.

K&L Gates

55 Second St.

Suite 1700

San Francisco, CA 94105  USA

Tel: 415-882-8200

Email: curt.holbreich@klgates.com

Gary L. Halling Esq.

Sheppard Mullin Richter & Hampton

Four Embarcadero Center

17th Floor

San Francisco, CA 94111  USA

Tel: 415-774-3234

Email: ghalling@sheppardmullin.com

Fax: 415-434-3947

Christopher Curran

White & Case

701 13th St., N.W.

Suite 600 South

Washington, DC 20005  USA

Tel: 202-626-3600

Email: ccurran@whitecase.com

Fax: 202-639-9355

Samuel Conti — Via U.S. Mail only.

United States District Court

Northern District of California

450 Golden Gate Avenue

San Francisco, CA 94102  USA

Tel: 415-522-2077

Email: NOT AVAILABLE

Fax: 415-556-2771

I declare under penalty of perjury the foregoing to be true and correct. Executed at San Francisco, CALIFORNIA on May 19, 2008.

*Melissa Ornstil*
Melissa Ornstil
JAMS The Resolution Experts
melissaornstil@jamsadr.com