UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES</u>

<u>MDL 1917</u>

C-07-5944           SAMUEL CONTI           DATE <u>July 11, 2008</u>
Case Number         Judge

Title: <u>IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION</u>

Attorneys: <u>SEE ATTACHED SHEET FOR APPEARANCES</u>

Deputy Clerk: <u>T. De Martini</u>   Court Reporter: <u>Joan Columbini</u>

<u>PROCEEDINGS</u>

Status Conference - Held

Intervenor U.S. Department of Justice, Antitrust Division's Motion for a Limited Stay of Discovery

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court/Jury Trial

Case Continued to_____ for Further Status Conference

Case Continued to <u>9/5/08 @ 10:00 a.m.</u> for <u>Intervenor's Motion</u>


ORDERED AFTER HEARING:<u>The parties are to meet with Judge Charles A. Legge, Special Master, and attempt to resolve the Intervenor's Motion for Limited Stay of Discovery.  If the parties are unable to resolve the matter, it will be heard before Judge Conti on September 5, 2008 at 10:00 a.m.</u>

cc

MDL 1917  IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION

C-07-5944  CRAGO, INC., et al. -v- CHUNGHWA PICTURE TUBES, LTD., et al.
            Status Conference                                    (Antitrust)


HONORABLE CHARLES A. LEGGE , SPECIAL MASTER

| PLAINTIFFS | DEFENDANTS |
| --- | --- |
| RICK SAVERI | DAVID EVANS |
| GUIDO SAVERI | JIM McGINNIS |
| MARIO ALIOTO | JEFFREY KESSLER |
| LAUREN RUSSELL | JOSEPH TIFFANY |
| BRUCE SIMON | LUCIUS LAU |
| THERESA MOORE | ETHAN LITWIN |
| KATHY MONDAY | CURT HOLBREICH |
| JOE PATANE | TERENCE CALLAN |
| BRENDAN GLACKIN | MICHAEL LAZERWITZ |
| CRAIG CORBITT | ROXANE BUSEY |

INTERVENOR UNITED STATES OF AMERICA, JEAN HAMILTON